**Electronically Filed**
**Supreme Court**
**SCWC-18-0000545**
**26-JUL-2024**
**02:27 PM**
**Dkt. 32 ODAC**

SCWC-18-0000545

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

HOVEY B. LAMBERT, TRUSTEE UNDER THE HOVEY B. LAMBERT TRUST,
AN UNRECORDED REVOCABLE LIVING TRUST AGREEMENT
DATED APRIL 5, 2002,
Respondent/Plaintiff-Appellee,

vs.

WAHA (k); PAHUPU (k); RAHELA KANIU; GEORGE KAKELAKA LUA;
CLARENCE LUA; ROSE DAVIDSON LUA; GEORGE LUA; ARDYS LUA;
KENNETH LUA; ELLEN LUA; DELARINE TEENEY, also known as
DELIRINE GALLAGHER; VIOLET LUA; also known as VIOLET OHUMUKINI;
ARTHUR OHUMUKINI; MELODY OHUMUKINI; SIMEON LUA, also known as
SIMEON LANI LUA; MAKAHIWA K. LUA, JR.; DAWN K.T. WASSON;
JOANNA THOMPSON; HOWARD LUA, also known as HOWARD KEAWE LUA;
TONI-SUE LUA; JEREMEY K. LUA; JOEL LUA; JENILYNNE LUA LONGI;
PATRICIA MALIA LUA MATAGI; GRAYCE DEAN; GERALDINE ROBERTS;
VICKIE PILI; FALEMA'O PILI; JAMES LUA; PAULINE THORNTON, also
known as PAULINE LUA; ROBERT LUA; JANICE L. KAI; JEAN P. CARSON;
LAURENCE LUA; MARGO HOWLETT; ETUATE FA, also known as EDWARD FA;
JOELENE FA; MARIA LUA KAMAI, also known as MARAEA KAMAE;
LEONARD LUA; LORRAINE LUA; LEONARD R. LUA, JR.;
EVELYN MAKAVECKAS; HENRY KAMAE, JR.; KANE KAMAE; KENNETH KAMAE;
KLENNMEYER KAMAE, SR.; HARRIET KAMAE; KAY-VIOLA SHANNON;
KWEN-LYNN BRANDOW; CRAIG T. BRANDOW; HAZEL LUA NEMOTO;
LAWRENCE NAOKI NEMOTO; LARYNELL NEMOTO-HUSEMANN, also known as
GIGI GALDONES; TYRONE GALDONES; HEIDI K. KELEOPAA;

KIANA N.H. JODELL; LARRY N. NEMOTO, JR.; JAY H. NEMOTO; NORMA MURRAY; DAWNE BALDERSON, also known as DONNA SMITH; MAUREEN HARDIN; JOEL K. LUA; CYNTHIA LUA; SAMUEL LUA, also known as SAMUEL MASAO LUA; CAROLYN LUA; ROBERT E. MASSEY; DANIEL L. MASSEY; CAROL L. MASSEY; ROBIN ING; AMY DRUMMONDO; MAILE VANAMAN, also known as MAILILEI VANAMAN; GEORGE LUA, also known as GEORGE POOKELA LUA; KALLEN LUA; INGRED MAILE; STRAIDE LUA; LANELL LUA; WARREN LUA; ROSE KOLUANA LUA; THELMA LUA, also known as THELMA WHITE, also known as LANI WHITE; PROPERTY RESERVE, INC.; ANA TEKIATA FINAU; LUCY LEIALOHA GIRELLI; GEORGE NEHEMIA NIHIPALI, JR.; ROSEMARY MONTANO; COLLEEN CARRIER; JEFFREY LUA; HARMONY ELAM; ELIZABETH BAL; HYRUM K. YEE POONG; MARGARET-ANN LUA; MARIAN KAPANUI; ANNETTE LAMM; SAFFIRE MAKAENA; ERICA MASSEY; JUANITA KAHANU POST; KEINARD HANS POST; KEINARD K. POST; WALTER SHANNON; GEORGE SHANNON; KATHLEEN SHANNON; DEPARTMENT OF TAXATION OF STATE OF HAWAIʻI; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; DEPARTMENT OF PLANNING AND PERMITTING, CITY AND COUNTY OF HONOLULU; CHILD SUPPORT ENFORCEMENT AGENCY OF STATE OF HAWAIʻI; and HAWAII PACIFIC FEDERAL CREDIT UNION, Respondents/Defendants-Appellees,

and

LESIELI TEISINA,
Petitioner/Defendant-Appellant,

and

PENISIMANI TEISINA,
Petitioner/Intervenor-Appellant,

and

MALTBIE K. NAPOLEON,
Respondent/Party-in-Interest-Appellee.

2

UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE,
Respondent/Defendant-Cross-Claim
Plaintiff-Appellee,

vs.

GEORGE LUA and ARDYS LUA,
Respondents/Defendants-Cross-Claim
Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000545; CASE NO. 1CC091002529)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Eddins, Acting C.J., and Devens, J.,
Circuit Judge Toʻotoʻo, in place of Recktenwald, C.J., recused,
Circuit Judge Nakamoto, in place of McKenna, J., recused,
and Circuit Judge Drewyer, in place of Ginoza, J., recused)

Petitioners' Application for Writ of Certiorari, filed

on May 20, 2024 is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 26, 2024.

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Faʻauuga Toʻotoʻo



/s/ Henry T. Nakamoto

/s/ Michelle L. Drewyer

3